IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 0 1 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
               DEPUTY

| | | |
|---|---|---|
| VINCE BROWN, | § | NO. 1:21-CV-01163-DE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AUSTIN MAC HAIK FORD LINCOLN LTD, | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

Jury Question No. 1

    Has Plaintiff Vince Brown proved that Defendant Mac Haik would not have terminated him on March 11, 2021, but for its intent to interfere with his attainment of insurance benefits?

Answer "Yes" or "No."   _No_

<u>Jury Question No. 2</u>

      Has Mr. Brown proved that Mac Haik would not have terminated him on March 11, 2021, but for his race?

Answer "Yes" or "No."    *No*

If you answer "Yes" to either Jury Question No. 1 or Jury Question No. 2, proceed to Jury Question No. 3.

If you answer "No" to both Jury Question No. 1 and Jury Question No. 2, you must stop here and sign the verdict form on the last page.

*Answer these questions ONLY IF you answered "Yes" to either Jury Question No. 1 or Jury Question No. 2*

<u>Jury Question No. 3</u>

What sum of money, if paid now in cash, would fairly and reasonably compensate Mr. Brown for the damages, if any, you have found Mac Haik caused Mr. Brown?

Answer in dollars and cents for the following items and no others:

1. Past mental anguish.

$ _____

2. Future mental anguish.

$ _____

3. Wages and benefits from date of termination on March 11, 2021, to the date of your verdict.

$ _____

Jury Question No. 4

Do you find that Mr. Brown failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination?

Answer "Yes" or "No."

_____

If you answer "Yes," proceed to Jury Question No. 5.

If you answer "No," you must stop here and sign the verdict form on the last page.

## Jury Question No. 5

How much would Plaintiff have earned had he exercised reasonable diligence under the circumstances to minimize his damages?

Answer in dollars and cents, if any.

$ _____

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002     March 1, 2024