IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VINCE BROWN, | § | No. 1:21-CV-01163-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AUSTIN MAC HAIK FORD LINCOLN LTD, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

In accordance with the jury verdict rendered on March 1, 2024, the Court hereby **ORDERS** that final judgment is entered in favor of Defendant Austin Mac Haik Ford Lincoln Ltd against Plaintiff Vince Brown. The Court further **ORDERS** that the case be **DISMISSED WITH PREJUDICE**. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 17, 2025.

_____
David Alan Ezra
Senior United States District Judge